# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

**Anthony DeFelippis,**
    **Plaintiff,**

    **v.**                                           **Civil Action No. 1:24-cv-12451-FDS**

**Bloomingdale's, Inc. et al,**
    **Defendants.**
_____

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, C. J.**

    The Court having been advised on April 21, 2025, that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                        By the Court,

<u>April 22, 2025</u>                                                 <u>/s/Melonie Cooke</u>
Date                                                                   Deputy Clerk